# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| XFINITY MOBILE, a brand of COMCAST OTR1, LLC, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CORPORATION, | ) ) ) ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | FILE NO. 1:19-cv-03294-JPB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| DEVIN TECH INC., ABUZER EMRE OZER, SAMET ERASLAN, AND MEHMET TASKIN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF STUART DROBNY

I, Stuart Drobny, under penalty of perjury pursuant to the laws of the United States of America, hereby declare as follows:

1.     I am the President of Stumar Investigations and Detective Agency ("Stumar Investigations"). I am over the age of 18 and am competent in all respects to make this declaration. I make this declaration in support of Plaintiffs Motion for Limited Expedited Discovery in the above-captioned case. The actions described herein were conducted by me or by one of the other licensed investigators employed by or retained by Stumar Investigations operating under

1

118630203.v1

my supervision and control and a record was made at or near the time of occurrence by someone with knowledge of the actions described therein. These records are kept in the course of Stumar Investigations' regularly conducted business activities and making these records is a regular practice of Stumar Investigations. I am familiar with Stumar Investigations' records and if called as a witness, I could testify to the following from personal knowledge and/or a review of Stumar Investigations' records.

2.      Stumar Investigations is a licensed private investigative firm based in Pennsylvania, with regional offices in Florida, Pennsylvania, New Jersey, Delaware, Maryland, District of Columbia, and New York, and with reciprocity in California, Virginia, Georgia, Louisiana, North Carolina, Oklahoma, and Tennessee. Stumar Investigations handles intellectual property as well as other types of matters, including investigations of operations dealing in the manufacturing, distribution, and/or retailing of merchandise with counterfeit trademarks and copyrights. Stumar Investigations is hired by trademark and copyright owners such as Lexmark, Polo Ralph Lauren, Chanel, Louis Vuitton, Nike, Panasonic, Western Digital, and Otter Box. Stumar Investigations has strategic alliances with investigation agencies throughout the United States.

118630203.v1

3.      I am a member of International Intelligence Network (INTELNET), a world-wide network of investigators and security consultants, National Council of Investigation and Security Services (NCISS), World Association of Detectives (WAD), New Jersey Licensed Private Investigators Association (NJLPIA), and Pennsylvania Association of Licensed Investigators (PALI).  I have been a frequent speaker at a variety of industry educational and agency seminars for various groups including, but not limited to, INTELNET Boston, IACC, York County Prosecutor's office, Philadelphia District Attorney's offices, Florida Department of Law Enforcement (FDLE), and the Department of Homeland Security.

4.      Stumar Investigations, which includes retired federal law enforcement among its agents, has assisted federal, state, and local law enforcement agencies in the criminal prosecution of numerous counterfeit and other investigations.  I have personally worked with the FBI, Joint Terrorist Task Force (JTTF), Homeland Security Investigations (HSI), U.S. Postal Inspection Service, FDLE, various State Police departments and like agencies, while handling matters on behalf of clients.  I have been a witness for the prosecution in cases conducted by these agencies and my investigations have been used to support probable cause affidavits.  I have testified in over 300 criminal matters, 50 ex-parte hearings, and hundreds of civil trials.

3

5.     Stumar Investigation was engaged to investigate the Defendants in this case.

6.     Stumar Investigations first identified Defendants in September 2018, at the Mobile World Congress meeting in Los Angeles.   All three individual Defendants were there on behalf of Devin Tech.  First, they volunteered to Stumar Investigations' undercover investigators that they deal in electronics, then they became more specific and admitted that they traffic in large quantities of new phones, particularly XM Phones.  Defendants also volunteered that they have a large number of "runners" to obtain new Phones and could unlock the Phones, if needed.

7.     In October 2018, an undercover investigator employed by Stumar Investigations followed up with Devin Tech's Chief Financial Officer, Defendant Samet Eraslan, regarding the company's present inventory of new XM Phones. Defendant Eraslan provided the undercover investigator with a list of brand new locked Xfinity Mobile iPhone XS devices, one of the most expensive and in-demand smartphones currently on the market.

8.     In December 2018, Defendant Mehmet Taskin offered in text messages to sell 24 brand new XM iPhone XS 512gb handsets to the undercover investigator for $950 each.  That handset is sold by Apple for $1,349 each.  Defendant Taskin

4

revealed that he also sells these phones to traffickers in Hong Kong for $950 each. Defendant Taskin admitted that his brand new XM iPhones do not come with a warranty "if they go bad," and that is why he typically sends the Phones to Hong Kong.

9.    The undercover investigator agreed to purchase five brand new XM iPhones from Defendants for $950.00 each.    On December 20, 2018, the undercover investigator received the 5 XM Phones from Devin Tech via UPS ground shipment.    That same day, Defendant Taskin sent the undercover investigator a text message that included IMEIs for eight (8) additional brand new XM iPhones that Defendants were offering for sale.

10.    According to text messages from Defendant Taskin, Defendants have been handset traffickers for about five years and started trafficking XM Phones in 2018.    They also informed the undercover investigator that they traffic in approximately 40-50 new XM iPhones per week.    Xfinity Mobile's fraud department analyzed the 32 total IMEIs for Xfinity Mobile iPhone Xs devices provided by Defendants to the undercover investigator, and confirmed that they were all new XM Phones fraudulently acquired via telesales.

11.    Based on my years of experience investigating handset traffickers, shipping and logistics companies such as DHL, FedEx, and UPS and ecommerce

5

platforms like eBay, Amazon, and Craigslist have important data that can be used to identify Defendants' co-conspirators and the transportation and shipment of XM Phones to and from Defendants and their co-conspirators, namely, mailing addresses, names, telephone numbers, account numbers, and details on items purchased and sold. It is my understanding that these companies are not under any obligation to share this data with Xfinity Mobile. These operators also have retention policies and are under no obligation to preserve the records that Xfinity Mobile needs.

As the authorized agent for Stumar Investigations and Detective Agency, I hereby certify, pursuant to 28 U.S.C. §1746, and under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Stuart Drobny
President
Stumar Investigations and Detective Agency

July 23, 2019
Date

6