# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| SPRINT NEXTEL CORPORATION and SPRINT COMMUNICATIONS COMPANY, L.P., | §<br>§<br>§<br>§ |  |
| Plaintiffs, | § | CASE NO. 1:12-cv-02902-JEC |
| v. | §<br>§ |  |
| ACE WHOLESALE, INC., JASON FLOAREA, ERIC MANDREGER, DOMINICK LANORE, TONY ARCHIE, JOSE GUNEL, BARNEY GUNN, COPATRADE, INC., and MOSHE ALEZRA | §<br>§<br>§<br>§<br>§<br>§<br>§ |  |
| Defendants. | § |  |

_____

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

THIS CAUSE having come before this Court upon Plaintiffs Sprint Communications Company L.P. and Sprint Nextel Corporation's (collectively, "Sprint") Motion for Expedited Discovery (the "Motion"), and the Court, having reviewed the file and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**, that

(1)     Plaintiffs' Motion is **GRANTED**.

24306295.1                                    1

Case 1:12-cv-02902-SEC Document 3 Filed 08/23/12 Page 2 of 3

(2)    Plaintiffs may immediately begin discovery in this matter. Defendants Ace Wholesale, Inc., Jason Floarea, Eric Mandreger, Dominick LaNore, Tony Archie, Jose Gunel, Barney Gunn, CopaTrade, Inc., and Moshe Alezra ("Defendants") shall respond to all discovery requests propounded by Plaintiffs within ten (10) days of service of the requests;

(3)    Within ten (10) days of service of Plaintiffs' Requests for Production, Defendants shall produce for inspection and copying the documents responsive to Plaintiffs' Requests for Production to Plaintiffs' counsel;

(4)    Defendants shall permit Plaintiffs to conduct an inspection of the Defendants' facilities;

(5)    Defendants shall appear as requested in Plaintiffs' Notice of Deposition within ten (10) days following the date of production of the documents responsive to Plaintiffs' Requests for Production;

(6)    Plaintiffs may immediately begin third party discovery in this matter; and

(7)    Plaintiffs may propound follow-up discovery requests on Defendants, if necessary, relating to the discovery requests attached to the Motion

24306295.1

for Expedited Discovery and/or Defendants' responses thereto, and Defendants shall respond to such follow-up requests within ten (10) days from the date of service of such requests.

**DONE AND ORDERED** in Chambers this 23rd day of AUGUST, 2012.

/s/ Julie E. Carnes

UNITED STATES DISTRICT JUDGE

24306295.1

3